April 25, 2019

Shayne Boodoo
8588 – 134th Street West
Apple Valley, MN 55124

      Re:    Boodoo v. Nelnet Servicing, LLC, et al.
            Case No. 19-cv-0217 (PJS/DTS)

Dear Mr. Boodoo,

    Unlike criminal cases where there is a constitutional right to counsel, a person involved in a civil case such as yours has no legal right to have the Court appoint a lawyer to assist him or her. However, the Minnesota Chapter of the Federal Bar Association (FBA) operates a program of volunteer lawyers who donate their time to assist unrepresented individuals. The program is called the FBA Pro Se Project. Your case is being referred to the FBA Pro Se Project and you may be able to obtain a lawyer at no cost to you through this program.

    If you choose to participate in the Pro Se Project, the Coordinator, Tiffany Sanders, will attempt to put you in contact with a lawyer who will provide you with a general opinion on the case and offer you advice on how to proceed. The volunteer lawyer may agree to represent you, but there is no requirement that he or she do so or that any lawyer be appointed to assist you. If you would like a volunteer lower to review your case, you must inform Ms. Sanders of your desire to participate in the Pro Se Project.

    If you choose not to participate in the program, or if a lawyer does not agree to represent you, your case will proceed, and you will continue to appear pro se; that is, on your own behalf. Regardless of whether a lawyer represents you, every case in Federal Court is governed by the Federal rules of civil Procedure and the Local Rules of the United States District Court for the District of Minnesota. Just as a lawyer would, you will need to comply with these rules if you continue to appear pro se.

—

The contact information for the FBA Pro Se Coordinator appears below.  If you do not hear from Ms. Sanders within seven days of this letter and you are interested in participating in the FBA Pro Se Project attorney referral program, please contact Ms. Sanders directly.

Tiffany Sanders
FBA Pro Se Project Coordinator
P.O. Box 24378
Minneapolis, MN 55424
(612) 965-3711
proseproject@q.com

Regards,

s/David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge

DTS/tjb

cc: Tiffany Sanders