# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| Shayne Boodoo, | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.   19-cv-0217 (PJS/DTS) |
| | Date:   April 23, 2019 |
| Nelnet Servicing, LLC, et al., | Location:   Courtroom 9E |
| | Time Commenced: 9:00 a.m. |
| Defendants. | Time Concluded: 9:35 a.m. |
| | Total Time:   35 minutes |

APPEARANCES:

    Plaintiff:    Shayne Boodoo (pro se)

    Defendant:    David Hashmall, Zachary Alter (for Nelnet)
                     Terri Running (for Equifax)
                     Gregory Myers (for Experian)
                     Erik Jones (for Trans Union)

PROCEEDINGS:

    Recorded pretrial scheduling conference held. Pretrial Scheduling Order to be issued.

    (Audio File: Courtroom 9E)

Date: April 23, 2019                                          s/Terianne Bender
                                                                               Courtroom Deputy