UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SHAYNE BOODOO, | Case No. 19-CV-0217 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on March 5, 2020 [ECF No. 70],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: March 5, 2020

                                                s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge